SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ANNA S. McLEAN, SBN 142233
  amclean@sheppardmullin.com
ERIC J. DiIULIO, SBN 301439
  ediiulio@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947

SHANNON Z. PETERSEN, SBN 211426
  spetersen@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California  92130
Telephone:    858-720-8900
Facsimile:    858-509-3691

New Counsel for Defendant
ITT EDUCATIONAL SERVICES, INC.
d.b.a. ITT TECHNICAL INSTITUTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BARTON, individually and on behalf of others similarly situated,<br><br>             Plaintiff,<br><br>     v.<br><br>ITT EDUCATIONAL SERVICES, INC. d.b.a. ITT TECHNICAL INSTITUTE,<br><br>             Defendant. | Case No. 15-cv-00630 [HSG]<br><br>**NOTICE OF DEFENDANT'S CHANGE IN COUNSEL PURSUANT TO CIVIL LOCAL RULES 5-1 AND 11-5; [PROPOSED] ORDER THEREON** |

1    TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF
2 RECORD:
3    PLEASE TAKE NOTICE that defendant ITT EDUCATIONAL SERVICES, INC. d.b.a.
4 ITT TECHNICAL INSTITUTE ("ITT") has elected to change counsel and the following firm and
5 attorneys are now ITT's counsel of record:
6    SHEPPARD MULLIN RICHTER & HAMPTON LLP
7    ANNA S. McLEAN, SBN 142233
       amclean@sheppardmullin.com
8    ERIC J. DIIULIO, SBN 301439
       ediiulio@sheppardmullin.com
9    Four Embarcadero Center, 17th Floor
     San Francisco, California  94111-4106
10   Telephone:    415-434-9100
     Facsimile:    415-434-3947
11
     SHANNON Z. PETERSEN, SBN 211426
12     spetersen@sheppardmullin.com
     12275 El Camino Real, Suite 200
13   San Diego, California  92130
     Telephone:    858-720-8900
14   Facsimile:    858-509-3691

15   Therefore, PLEASE TAKE FURTHER NOTICE that the firm and attorneys listed above
16 replace the following firm and attorneys, who hereby withdraw from the case:
17   COOLEY LLP
     MAZDA K. ANTIA, SBN 214963
18   DARCIE A. TILLY, SBN 239715
     4401 Eastgate Mall
19   San Diego, CA 92121
     Telephone:    858-550-6000
20   Facsimile:    858-550-6420

21   Notices, pleadings, orders, rulings, and any other documents required to be served in this
22 action should henceforth be directed to Anna S. McLean, Eric J. DiIulio, and Shannon Z. Petersen
23 using the contact information above.  Counsel at Cooley LLP withdraws from this action and
24 should be removed from all service lists and ECF notices.
25   Both counsel certify that ITT was given written notice reasonably in advance of this filing
26 of the change in counsel pursuant to Civil Local Rules 5-1(c)(2)(E) and 11-5(a).  Both counsel
27 further certify that ITT approved and directed the change.  New counsel for ITT have also
28 provided notice to counsel for plaintiff of the change.

- 1 -

Consent to the change in counsel is provided below by authorized representatives of each of the law firms involved.  All signatories concur in the filing of this document.

I consent to this change in counsel.

COOLEY LLP

Dated:  March 26, 2015     By:   */s/ Mazda K. Antia*
                                  Mazda K. Antia

I consent to this change in counsel.

SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP

Dated:  March 26, 2015     By:   */s/ Anna McLean*
                                  Anna S. McLean
                                  Shannon Z. Petersen
                                  Eric J. DiIulio

## **ORDER**

Pursuant to the stipulations and consents above, **IT IS SO ORDERED** that ITT EDUCATIONAL SERVICES, INC. d.b.a. ITT TECHNICAL INSTITUTE's change in counsel, where Cooley LLP withdraws from this action to be replaced by Sheppard Mullin Richter & Hampton, LLP, is effective as of the below date.

Dated:  ___4/6/2015_____

*[signature: Haywood S. Gilliam Jr.]*
Honorable Haywood S. Gilliam, Jr.
United States District Judge