SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ANNA S. McLEAN, Cal. Bar No. 142233
ERIC J. DiIULIO, Cal. Bar No. 301439
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415.434.9100
Facsimile:   415.434.3947
Email:       amclean@sheppardmullin.com
             ediiulio@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SHANNON Z. PETERSEN, Cal. Bar No. 211426
12275 El Camino Real, Suite 200
San Diego, California  92130
Telephone:   858-720-8900
Facsimile:   858-509-3691
Email:       spetersen@sheppardmullin.com

Attorneys for Defendant
ITT EDUCATIONAL SERVICES, INC.
dba ITT TECHNICAL INSTITUTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS BARTON, individually and on behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ITT EDUCATIONAL SERVICES, INC. d.b.a. ITT TECHNICAL INSTITUTE,<br><br>Defendant. | Case No. 15-CV-00630 [HSG]<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>[Civil Local Rule 7-12]<br><br>The Hon. Haywood Gilliam<br><br>Action Filed:   February 10, 2015<br>Trial Date:     None |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Thomas Barton ("plaintiff") and defendant ITT Educational Services, d.b.a. ITT Technical Institute ("ITT") stipulate that the Court dismiss this action WITH PREJUDICE as to all individual claims asserted by plaintiff against ITT, and WITHOUT PREJUDICE as to any claims asserted by the alleged, un-named, putative class members.  Since the Court has not certified any class here, the notice and approval requirements of Federal Rule of Civil Procedure 23(e) do not apply.  Each party shall bear its own fees and costs.

**E-FILING ATTESTATION**

By her signature below, counsel for ITT attests that counsel for all parties whose signatures appear below concur in the filing of this Stipulation.

Dated:  April 21, 2015

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Shannon Z. Petersen*
ANNA S. McLEAN
SHANNON Z. PETERSEN
ERIC J. DiIULIO

Attorneys for Defendant
ITT EDUCATIONAL SERVICES, INC.
dba ITT TECHNICAL INSTITUTE

KAZEROUNI LAW GROUP, APC

By     */s/ Abbas Kazerounian*
Abbas Kazerounian

Attorneys for Plaintiff
THOMAS BARTON

SMRH:437051502.1

-1-

Case No. 15-CV-00630 [HSG]
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Case 4:15-cv-00630-HSG   Document 23   Filed 04/21/15   Page 3 of 3

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 3 |   |
| 4 | Dated: 4/21/2015 |
| 5 | _/s/ Haywood S. Gilliam, Jr._ |
| 6 | THE HONORABLE HAYWOOD GILLIAM, JR.<br>UNITED STATES DISTRICT COURT JUDGE |

SMRH:437051502.1                      -2-                      Case No. 15-CV-00630 [HSG]
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL